# United States Bankruptcy Court

**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE:  Phillis McKinnie | ) | Chapter 13 |
| | ) | Case No. 19 B 12897 |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

## Notice of Motion

Phillis McKinnie
406 E 94th St
Apt 1E
Chicago, IL  60619

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On July 09, 2019 at 11:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 642
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, June 25, 2019.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 05/03/2019.

2. The debtor(s) have failed to commit all disposable income to the plan.

3. Debtor's 2 vehicles are unnecessary for successful plan reorganization.

4. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE