## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-12897 |
| | ) | |
| PHILLIS MCKINNIE, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. GOLDGAR |

### NOTICE

### See Attached Service List for Parties and Method of Service.

Please take notice of the attached Chapter 13 Plan dated July 31, 2019, docket #28.

Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provisions of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you may need to file a timely proof of claim in order to be paid under any plan.

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 p.m. on August 2, 2019.

/s/ Christine H. Clar
Christine H. Clar, ARDC #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, Il 60090
847/ 520-8100

## Service List

**The following parties have been served via electronic mail:**

US Trustee, USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: courtdocs@chi13.com

**The following parties have been served via regular US Mail:**

Ms. Phillis McKinnie
406 E. 94th St., Apt. 1E
Chicago, IL 60619

Credit Acceptance Corp.
25505 W 12 Mile Rd., Ste. 3000
Southfield, MI 48034

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Illinois Tollway
P.O. Box 5544
Chicago, IL 60680

SpeedyRapid Cash
P.O. Box 780408
Wichita, KS 67278

City of Chicago, Dept. of Finance
Arnold Scott Harris
111 W. Jackson Blvd., Ste. 600
Chicago, IL 60604

Premier Bankcard
Jefferson Capital Systems
P.O. Box 7999
St. Cloud, MN 56302-9617

Merrick Bank/LVNV Funding
Resurgent Capital Services
P.O. box 10368
Greenville, SC 29603-0368

NPRTO Illinois
256 W. Data Drive
Draper, UT 84020

The Bank of Missouri
P.O. Box 105555
Atlanta, GA 30348

Quantum3 Group
GPCC I
P.O. Box 788
Kirkland, WA 98083-0788

Capital One Bank
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

Atlas Acquisitions
294 Union St.
Hackensack, NJ 07601

Scolopax
c/o Weinstein & Riley
2001 Western Ave., Ste. 400
Seattle, WA 98121