UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 19-12897
Phillis McKinnie )
) Chapter: 13
) Honorable A. Benjamin Goldgar
)
)
Debtor(s) )

**Order Dismissing Case for Failure to Make Plan Payments**

The Court having heard the facts finds that the debtor is in material default.

ORDERED: The case is dismissed for material default pursuant to 11 U.S.C. Section 1307 [c][6].

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: December 29, 2020

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee

Marilyn O. Marshall

Suite 800

224 South Michigan Avenue

Chicago, IL 60604-2500

(312) 431-1300